1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           EASTERN DISTRICT OF CALIFORNIA
9
10  RON COOK,                                    Case No. 1:21-cv-01478-AWI-EPG
11                 Plaintiff,                    ORDER DISCHARGING SHOW CAUSE
                                                 ORDER
12         v.
                                                 (ECF NO. 11)
13
    RON SIMS, et al.,
14
                   Defendants.
15
16
17         Plaintiff Ron Cook proceeds through counsel in this civil rights action against Defendants

18  Ron Sims, James Funk, Salina Correa, Floyd Avila, Flor Garcia, and Pacific Valley Security

19  Patrol. (ECF No. 1). On January 24, 2022, the Court ordered Plaintiff to show cause why the case

20  against Defendant Flor Garcia should not be dismissed without prejudice for failure to complete

21  service pursuant to Federal Rule of Civil Procedure 4(m) and why the case against Defendants

22  Flor Garcia and Pacific Valley Security Patrol should not be dismissed without prejudice for

23  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

24         The Court directed Plaintiff to file, no later than February 11, 2022, proof of service as to

25  Defendant Flor Garcia (or a response to the order to show cause demonstrating that Plaintiff has

26  good cause for failing to complete service on Defendant Flor Garcia and explaining when

27  Plaintiff will complete service) and permitting a request for clerk's entry of default as to

28  Defendant Pacific Valley Security Patrol (or explaining why the case against Defendants Flor

1

Garcia and Pacific Valley Security Patrol should not be dismissed for failure to prosecute and specifying what steps will be taken to prosecute the case against these Defendants should the case against them be permitted to proceed).

On February 11, 2022, Plaintiff filed a proof of service as to Defendant Flor Garcia and a request for clerk's entry of default as to Defendant Pacific Valley Security Patrol. (ECF Nos. 12, 14).

Accordingly, because Plaintiff has taken sufficient action to advance this case, IT IS ORDERED that the Court's January 24, 2022 show cause order (ECF No. 11) is discharged.

IT IS SO ORDERED.

Dated:  **February 14, 2022**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE