UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON COOK,<br><br>                  Plaintiff,<br><br>       v.<br><br>RON SIMS, et al.,<br><br>                  Defendants. | Case No. 1:21-cv-01478-AWI-EPG<br><br>ORDER RE: DECLARATION ADDRESSING DEFENDANT FLOR GARCIA'S UNTIMELY ANSWER<br><br>(ECF Nos. 20, 21, 24) |

Plaintiff Ron Cook proceeds through counsel in this civil rights action against Defendants Ron Sims, James Funk, Salina Correa, Floyd Avila, Flor Garcia, and Pacific Valley Security Patrol. (ECF No. 1).

On November 4, 2022, this Court issued an order requiring Defendant Pacific Valley Security Patrol to file a response by November 18, 2022, regarding the entry of default against it and the untimely answer, and Defendant Flor Garcia to file a response by this same date regarding the untimely answer. (ECF No. 21). Alternatively, the order provided, "if the parties are able to come to an agreement regarding Defendants' untimely answer, they shall file an appropriate stipulation on the record by no later than November 18, 2022. In such case, the Court will not require Defendants to otherwise respond to this order." Plaintiff was permitted to file any response to Defendants filings by no later than November 25, 2022.

On November 4, 2022, Plaintiff and Defendant Pacific Valley Security Patrol filed a stipulation to set aside the clerk's entry of default, and on November 7, 2022, the Court directed

the Clerk of Court to set aside the default. (ECF Nos. 22, 23). The stipulation did not address Defendant Flor Garcia.

Now before the Court is the declaration, filed on November 16, 2022, of attorney Matthew A. Slater regarding the untimely answer filed by Defendant Flor Garcia. (ECF No. 24). The declaration recounts counsel's involvement with the case, noting that counsel's firm was retained on September 9, 2022; counsel's discussion with Defendant Flor Garica, who represented that she had never been personally served and had not worked for Defendant Pacific Valley Security Patrol since July or August 2021; counsel's attempts, often unsuccessful, to contact Plaintiff's counsel regarding Defendant Flor Garcia; and the stipulation to set aside the default against Defendant Pacific Valley Security Patrol, which counsel states did not address Defendant Flor Garcia because it was prepared before the Court issued its order requiring a response. Plaintiff has filed nothing in response to counsel's declaration, and the time to do so expired on November 25, 2022.

Upon review of the declaration, IT IS ORDERED that the Court deems it to have satisfied the requirements of the Court's November 4, 2022 order. Accordingly, the Court will not impose any sanction nor take any further action regarding Defendant Flor Garcia's untimely answer.[1]

IT IS SO ORDERED.

Dated: __November 28, 2022__     /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] This case proceeds according to the schedule set on March 16, 2022. (ECF No. 18). Should the parties wish to modify these deadlines, they may file a stipulation setting forth good cause and proposed dates. In addition, the Court will proceed with the mid-discovery status conference scheduled for December 5, 2022, at 10:30 a.m. (ECF No. 18).