UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>RON SIMS, et al.,<br><br>        Defendants. | Case No.  1:21-cv-01478-AWI-EPG<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT MID-DISCOVERY STATUS CONFERENCE AND FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br><u>SEVEN (7) DAY DEADLINE</u> |

      On March 16, 2022, the Court issued a scheduling conference order that set a mid-discovery status conference for December 5, 2022, at 10:30 a.m., and ordered the parties to file a joint report one week before the conference. (ECF No. 18, p. 3). After the parties failed to timely file a joint report, the Court issued a minute order on November 29, 2022, directing them to do so. (ECF No. 26).

      On November 30, 2022, the parties filed a joint report, indicating the discovery is still in its early stages, despite discovery being opened on March 16, 2022, and the fact that non-expert discovery is set to conclude on March 1, 2023. (ECF No. 28; *see* ECF No. 18, p. 2).

      Although Plaintiff's counsel participated in the joint report, which correctly noted the time of the mid-discovery status conference, and counsel for Defendants appeared at the conference, Plaintiff's counsel did not appear at the conference.

Given these circumstances, the Court is concerned about Plaintiff's prosecution of this case. Notably, the parties' failure to timely file a joint report, the lack of progress in conducting discovery so far, and Plaintiff's failure to appear at the mid-discovery conference all suggest that Plaintiff's counsel is not being diligent in litigating this case.

The Court will order Plaintiff to show cause why sanctions should not issue for failure to attend the mid-discovery conference and for failing to comply with a court order to attend the conference.

Accordingly, IT IS ORDERED that, by no later than December 12, 2022, Plaintiff shall show cause in a written filing why sanctions should not issue for failure to attend the mid-discovery status conference on December 5, 2022.

IT IS SO ORDERED.

Dated:  **December 5, 2022**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE