UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>RON SIMS, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01478-AWI-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT MID-DISCOVERY STATUS CONFERENCE<br><br>(ECF Nos. 29, 31). |

    On December 5, 2022, the Court issued an order for Plaintiff to show cause in a written filing why sanctions should not issue for failure to attend the mid-discovery status conference on December 5, 2022. (ECF No. 29). Plaintiff filed a response the same day, stating that counsel inadvertently missed the conference due to waiting for a state court criminal matter to be called that was unexpectedly delayed from its scheduled time of 8:30 a.m. (ECF No. 31). Plaintiff states that counsel called into the conference at 10:46 a.m., but the 10:30 a.m. conference had already concluded. Plaintiff apologizes for counsel missing the conference and requests that it be rescheduled, if necessary. Moreover, Plaintiff acknowledges that this case has been moving slowly, but notes that he has propounded written discovery and will "make sure to complete all discovery in a timely fashion."

    After considering Plaintiff's response to the order to show cause, IT IS ORDERED as follows:

1

1. The Court's December 5, 2022 order to show cause (ECF No. 29) is discharged; and
2. This case proceeds according to the case schedule (ECF No. 18) that was entered on March 16, 2022.

IT IS SO ORDERED.

Dated:  **December 6, 2022**              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

2