UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON COOK,<br><br>                    Plaintiff,<br><br>          v.<br><br>RON SIMS, et al.,<br><br>                    Defendants. | Case No.   1:21-cv-01478-AWI-EPG<br><br>ORDER DIRECTING DEFENDANTS RON SIMS, JAMES FUNK, SALINA CORREA, AND FLOYD AVILA TO SUBMIT FILING REGARDING STIPULATION OF DISMISAL<br><br>(ECF No. 42) |

On March 1, 2023, Plaintiff Ron Cook and Defendants Flor Garcia and Pacific Valley Patrol, Inc. filed a stipulation of dismissal with prejudice of the claims against these Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] However, because Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," and only Plaintiff and Defendants Flor Garcia and Pacific Valley Patrol, Inc. have signed the stipulation, the Court will require the remaining Defendants in the case who have appeared—Ron Sims, James Funk, Salina Correa, and Floyd Avila—to  submit a filing approving or opposing the stipulation of dismissal. *See Thacker v. AT&T Corp.*, No. 2:20-CV-00255-KJM-CKD PS, 2021 WL 1784873, at *1 (E.D. Cal. May 5, 2021), *report and recommendation adopted*, 2021 WL 4168533 (E.D. Cal. Sept. 14, 2021) (noting that court was "unaware of any case waiving the

---

[1] The stipulation also cites Rule 41(a)(2), which permits a court to dismiss an action at the Plaintiff's request "on terms that the court considers proper." However, because the parties seek to "stipulate" to the dismissal of the claims against Defendants Flor Garcia and Pacific Valley Patrol, Inc., Rule 41(a)(1)(A)(ii) governs.

requirement that the stipulation . . . must be made by <u>all</u> parties who have appeared" and that "[t]he requirement to obtain all parties' consent to voluntarily dismiss (without a court order) is intended to ensure that a voluntary dismissal of a party at later stages of the litigation does not cause plain legal prejudice to the party to be dismissed <u>or to the remaining defendant(s)</u>").

      Accordingly, IT IS ORDERED as follows:

1. By no later than March 10, 2023, Defendants Ron Sims, James Funk, Salina Correa, and Floyd Avila shall file a signed document reflecting their approval of the stipulation of dismissal (ECF No. 42) or file a response opposing the stipulation of dismissal.

2. Alternatively, by no later than March 10, 2023, the parties may file a stipulation of dismissal signed by *all* parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **March 2, 2023**         /s/ Erica P. Grosjean

                                   UNITED STATES MAGISTRATE JUDGE