UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON COOK,<br><br>            Plaintiff,<br><br>    v.<br><br>RON SIMS, et al.,<br><br>            Defendants. | Case No.   1:21-cv-01478-AWI-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL AS TO ONLY DEFENDANTS FLOR GARCIA AND PACIFIC VALLEY PATROL, INC.<br><br>(ECF No. 42) |

       On March 1, 2023, Plaintiff Ron Cook and Defendants Flor Garcia and Pacific Valley Patrol, Inc. filed a stipulation of dismissal with prejudice of the claims against these Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorney fees and costs. However, because the stipulation of dismissal was not "signed by all parties who have appeared" as Rule 41(a)(1)(A)(ii) requires, the Court ordered the remaining Defendants in the case who have appeared—Ron Sims, James Funk, Salina Correa, and Floyd Avila—to submit a filing approving or opposing the stipulation of dismissal. (ECF No. 43). On March 10, 2023, Defendants Ron Sims, James Funk, Salina Correa, and Floyd Avila submitted a signed filing, approving of the stipulation of dismissal. (ECF No. 44).

       In light of the parties' stipulation, the case against only Defendants Flor Garcia and Pacific Valley Patrol, Inc. has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of attorney fees or costs. Accordingly, the Clerk

of Court is directed to terminate as Defendants from the docket only Flor Garcia and Pacific Valley Patrol, Inc.

IT IS SO ORDERED.

Dated:  **March 13, 2023**                              /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE