1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA

10

11   RON COOK,

12         Plaintiff,

13   v.

14   RON SIMS, et al.,

15         Defendants.

16

17

Case No.   1:21-cv-01478-JLT-EPG

ORDER DIRECTING THE CLERK OF
COURT TO TERMINATE PLAINTIFF'S
MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT AS MOOT,
VACATING FEBRUARY 14, 2023
FINDINGS AND RECOMMENDATIONS

(ECF Nos. 27, 41)

18   On November 29, 2022, Plaintiff filed a motion for leave to file an amended complaint to

19   add a claim under 42 U.S.C. § 1983 against Defendants Flor Garcia, a private security guard, and

20   her employer, Pacific Valley Security Patrol (PVSP). (ECF No. 27). On February 14, 2023, the

21   Court issued findings and recommendations, recommending that Plaintiff's motion be denied as

22   futile. (ECF No. 41). No party filed objections; rather, the parties ultimately filed a stipulation

23   dismissing the claims against Flor Garcia and PVSP, who have since been terminated from the

24   docket. (ECF No. 45).

25   Because Flor Garcia and PVSP are no longer parties to this case, IT IS ORDERED as

26   follows:

27   1.   The Clerk of Court is directed to terminate Plaintiff's motion for leave to file an amended

28        complaint (ECF No. 27) as moot.

1

2.  The Court vacates its February 14, 2023 findings and recommendations (ECF No. 41) regarding Plaintiff's motion for leave to file an amended complaint.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE